STANDISH CHARD, as Receiver in Supplementary Proceedings of CORNELIUS J. SULLIVAN, Respondent, v. RYAN-PARKER CONSTRUCTION COMPANY, Appellant.

*Contracts — when not corrupt or against public policy.*

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office on the 28th day of July, 1919, on the verdict of a jury, and from an order entered in said clerk's office on the 6th day of October, 1919, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Clarke, P. J., and Greenbaum, dissenting.

CLARKE, P. J. (dissenting): I dissent upon the ground that the finding of the jury that the contract in suit is not illegal and against public policy is clearly against the evidence and the weight thereof. It seems clear to me that its sole purpose was to engage political aid and that it obviously tended to secret and improper resort to public officers.

———

SUSAN D. BRIGHTSON, Appellant, v. JOHN CLAFLIN, Respondent.

*Pleading — technical omission therein.*

Appeal from final judgment of the Supreme Court in favor of defendant, entered in the office of the clerk of the county of New York on the 15th day of January, 1920, upon the report of a referee.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting.

LAUGHLIN, J. (dissenting): I dissent upon the ground that, in my opinion, the defendant should have pleaded that the stock was held by the company as collateral for the note. (See *Barber* v. *Ellingwood, No. 2,* 137 App. Div. 704, 714.) Were it not for this technical omission so to plead, I would vote for affirmance.

———

BONWIT, TELLER & Co., Appellant, v. ELIZABETH K. HOSFORD, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AARON MONOWITZ, Appellant, v. JAMES BRACKENRIDGE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.